DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-1345
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

MATHEW RYAN DANZE

MELISSA RENEE DANZE

           Debtors

Chapter 13

Case No. 22-50760 HLB

**WITHDRAWAL OF MOTION TO DISMISS WITH CERTIFICATE OF SERVICE**

Hearing Date: October 12, 2022
Hearing Time: 11:00 a.m.
Location:    Telephonic or Video Only

Judge: Hon. Hannah L. Blumenstiel

DEVIN DERHAM-BURK, Trustee in the above entitled matter hereby withdraws the Motion to Dismiss Case for Failure to Submit Required Documents to the Trustee (Docket Number 18) filed on September 20, 2022, for the following reason:

Debtors have submitted the documents required by General Order 34, therefore, the Motion is withdrawn.

Dated: September 21, 2022           /s/ DEVIN DERHAM-BURK
                                                        Chapter 13 Standing Trustee

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 105 Cooper Ct., Los Gatos, CA 95032. I served a copy of the within Withdrawal of Motion to Dismiss Case for Failure to Submit Required Documents to the Trustee by placing same in an envelope in the U.S. Mail at Los Gatos, California on September 21, 2022. Said envelopes were addressed as follows:

MATHEW RYAN DANZE
MELISSA RENEE DANZE
771 MONTE CARLO DR
HOLLISTER, CA 95023

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

Dated: September 21, 2022            /s/ Barbara Cavaliere
                                     Office of DEVIN DERHAM-BURK
                                     Chapter 13 Standing Trustee