# PLAN CALCULATION III - MATHEW RYAN DANZE

| | | |
|---|---|---|
| Disburse Date: | 9/1/2027 | Month: 56 |

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Case Number: | 22-50760 HLB | Remaining Balance On Hand: | | Current Tier: | |
| Name: | MATHEW RYAN DANZE | Plan Base: | $471,744.00 | Unsecured Pool Left: | |
| Bar Check: | ✓ | Close Code Description: | ACTIVE | Average Percent Paid: | 9.477% |
| Disburse Flag: | ✓ | Total Disbursed: | $471,744.00 | Months Since Confirmation: | |
| Closed Date: | | Total Paid To Trustee: | $47,174.39 | Months Since Filing: | 61 |
| Confirmation Date: | | Total Paid In: | $471,744.00 | Minimum Unsecured Percent: | |
| Trustee's Percentage: | 10.00% | Hold Temporary: | | Principal Paid To Unsecured: | $2,648.87 |
| Attorney's Percentage: | | Hold Permanent: | | Debtor Refunds: | |
| Unsecured Pool: | | Total Pool Paid: | | Percent Pool Paid: | |

**Plan Payments:** 9/1/2027 $7,869.00    **Unsecured %:** 100.000

| Name | Claim ID | Type | Creditor Type Description | Claimed Amount | Scheduled Amount | Monthly Payment | Interest Rate | Interest Paid | Principal Paid | Percent Paid | Principal Owed | Principal Due | Interest Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATHEW RYAN DANZE | 0 | /P/0 | DEBTOR REFUND | | | | | | | | | | |
| PRICE LAW GROUP APC | 0 | /P/17 | ATTORNEY FEE | $4,313.00 | | $71.88 | | | $4,313.00 | 100% | | | |
| US BANK NA | 18 | /S/18 | (NEW) Secured Vehicle | $10,148.99 | $10,148.99 | $191.52 | 5.0000% | $939.24 | $10,148.99 | 100% | | | |
| US BANK TRUST NA | 27 | /S/18 | (NEW) Ongoing Mortgage Payments | $268,939.20 | $591,935.00 | $4,482.32 | | | $268,939.20 | 100% | | | |
| US BANK TRUST NA | 16 | /S/18 | (NEW) Prepetition Arrears | $119,370.60 | $119,370.60 | $1,989.51 | | | $119,370.60 | 100% | | | |
| FRANCHISE TAX BOARD | 30 | T/P/24 | TAXES | $2,838.69 | | | | | $2,838.69 | 100% | | | |
| INTERNAL REVENUE SERVICE | 12 | T/P/24 | TAXES | $15,371.02 | $4,111.00 | | | | $15,371.02 | 100% | | | |
| CAPITAL ONE | 8 | U/U/33 | UNSECURED | | $2,946.00 | | | | | | | | |
| CHKG/ATT | 3 | U/U/33 | UNSECURED | | $318.00 | | | | | | | | |
| CHKG/FUBOTV | 4 | U/U/33 | UNSECURED | | $81.00 | | | | | | | | |
| CHKG/HULU | 5 | U/U/33 | UNSECURED | | $69.00 | | | | | | | | |
| CHKG/PACIFICGASANDELECTRIC | 6 | U/U/33 | UNSECURED | | $348.00 | | | | | | | | |
| CHKG/SUNNYSLOPEUTILITY | 7 | U/U/33 | UNSECURED | | $208.00 | | | | | | | | |
| CIGPF I | 28 | U/U/33 | UNSECURED | $1,561.38 | | | | | $147.97 | 9.477% | $1,413.41 | | |
| CREDIT CONSULTING SERVICES, INC. | 22 | U/U/33 | UNSECURED | | $110.00 | | | | | | | | |
| CREDIT CONSULTING SERVICES, INC. | 9 | U/U/33 | UNSECURED | | $117.00 | | | | | | | | |
| DISCOVER BANK | 10 | U/U/33 | UNSECURED | $6,540.08 | $6,587.00 | | | | $619.78 | 9.477% | $5,920.30 | | |
| Discover Bank | 23 | U/U/33 | UNSECURED | | $2,131.00 | | | | | | | | |
| DISCOVER PERSONAL LOANS | 26 | U/U/33 | UNSECURED | $1,105.81 | | | | | $104.79 | 9.476% | $1,001.02 | | |
| FRANCHISE TAX BOARD | 31 | U/U/33 | UNSECURED | $4,085.90 | | | | | $387.20 | 9.476% | $3,698.70 | | |
| HAZEL HAWKINS MEMORIAL HOSPITAL | 25 | U/U/33 | UNSECURED | | | | | | | | | | |
| HAZEL HAWKINS MEMORIAL HOSPITAL | 11 | U/U/33 | UNSECURED | | | | | | | | | | |
| INTERNAL REVENUE SERVICE | 29 | U/U/33 | UNSECURED | $4,697.81 | | | | | $445.19 | 9.477% | $4,252.62 | | |
| JPMCB - CARD SERVICES | 13 | U/U/33 | UNSECURED | | $5,828.00 | | | | | | | | |
| JPMORGAN CHASE BANK | 32 | U/U/33 | UNSECURED | $5,777.04 | | | | | $547.47 | 9.477% | $5,229.57 | | |
| NETFLIX | 14 | U/U/33 | UNSECURED | | $15.00 | | | | | | | | |
| PORTFOLIO RECOVERY ASSOC LLC | 2 | U/U/33 | UNSECURED | $4,183.65 | $3,999.00 | | | | $396.47 | 9.477% | $3,787.18 | | |
| TRUSTEE CORPS | 17 | U/U/33 | UNSECURED | | | | | | | | | | |
| Us Bank | 24 | U/U/33 | UNSECURED | | $10,679.00 | | | | | | | | |
| ADDED CLAIM | 0 | /N/99 | | | | | | | | | | | |
| ADDED CLAIM | 10002 | /N/99 | | | | | | | | | | | |
| ADDED CLAIM | 10003 | /N/99 | | | | | | | | | | | |
| ADDED CLAIM | 10004 | /N/99 | | | | | | | | | | | |
| ADDED CLAIM | 10005 | /N/99 | | | | | | | | | | | |
| ADDED CLAIM | 10006 | /N/99 | | | | | | | | | | | |
| PRICE LAW GROUP APC | 0 | /N/* | | | | | | | | | | | |
| DEVIN DERHAM-BURK TRUSTEE | 0 | /N/* | | | | | | | $3,108.00 | | | | |
| **TOTALS** | | | | **$448,933.17** | **$759,001.59** | **$6,735.23** | | **$939.24** | **$426,738.37** | | **$25,302.80** | | |

Case: 22-50760    Doc# 32    Filed: 01/09/23    Entered: 01/09/23 11:47:40    Page 1 of 1